IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

| | |
|---|---|
| NEIL PERRELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN   SECURITY   INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | / |

## NOTICE OF REMOVAL

Defendant American Security Insurance Company ("ASIC"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 15-000713-CA 01. The facts and legal authority supporting this Notice of Removal are as follows:

**A.**      **Factual Predicate**

1.      On or about January 12, 2015, Plaintiff Neil Perello ("Plaintiff") filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 15-000713-CA 01. Plaintiff has asserted a cause of action against ASIC for alleged breach of contract concerning the nonpayment of a claim under a policy of property insurance.

2.     On January 30, 2015, Plaintiff effectuated service of process on ASIC. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached as **Composite Exhibit "1."**

**B.     Diversity Jurisdiction Exists**

3.     ASIC is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2."** *See also Licari v. Am. Sec. Ins. Co.*, Case No. 8:12–cv– 2853–T– 33EAJ, 2013 WL 268688 at *3 (M.D. Fla. Jan. 24, 2013) (finding ASIC's principal place of business as Georgia).

4.     Plaintiff was and is a resident of Miami-Dade County, Florida. Compl. ¶ 2.

5.     The Complaint at issue does not specify the amount of damages Plaintiff seeks in this action. However, prior to the filing of the instant lawsuit an agent for Plaintiff provided ASIC with an estimate totaling $74,896.34. This was the first indication of the potential amount in controversy for this matter. A true and correct copy of the estimate is attached hereto as **Exhibit "3."**

6.     In addition, Plaintiff seeks to recover attorneys' fees pursuant to Florida §627.428, Florida Statutes. *See* Plaintiff's Demand for Attorneys' Fees. Compl. ¶ 13.

7.     When a statute authorizes the recovery of attorneys' fees, a reasonable amount of those fees is included in the amount in controversy. *Morrison v. Allstate Indemn. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000).

8.      Here the attorneys' fees that opposing counsel will claim to have incurred thus far can reasonably be estimated to exceed $4,000.00. *See* Declaration of Simon Ferro, attached hereto as **Exhibit "4."**

9.      Defendant has not made any payment to Plaintiff in relation to the loss that is the subject of this lawsuit.

10.     Based on the foregoing, the amount in controversy exceeds $75,000.00 and the jurisdictional requirements of 28 U.S.C. §1332 have been met.

11.     Based on the foregoing, ASIC has sought removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). Therefore, removal is timely.

12.     Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

13.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of ASIC's rights to assert any defenses or affirmative claims, including a counterclaim.

**C.     Procedural Compliance**

14.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon ASIC are attached as **Composite Exhibit "1."**

15.     In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, ASIC has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for the Eleventh Judicial Circuit in Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "5."**

**WHEREFORE,** Defendant American Security Insurance Company respectfully requests that the action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 15-000713-CA 01, be removed to this Honorable Court.

Respectfully submitted,

**WARGO & FRENCH, LLP**
*Attorneys for Defendant American Security*
*Insurance Company*
201 S. Biscayne Boulevard
Suite 1000 - 10th Floor
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
Email: pjuster@wargofrench.com
FLService1@wargofrench.com


By:     */s/ Paul J. Juster*
        PAUL J. JUSTER
        Florida Bar No. 84375

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that I have served the foregoing document and the Notice of Electronic Filing via electronic mail to:

**Thomas J. Morgan, Jr., Esq.**
Morgan Law Group, P.A.
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
E-Service: mlg.eservice@yahoo.com
*Counsel for Plaintiff*

/s/ Paul J. Juster
PAUL J. JUSTER